**ORIGINAL**

FILED

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
4    Telephone:  (415) 703-5520
     Fax:  (415) 703-5480
5    Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant State of California Highway
   Patrol
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12
   | ALLEXUZ DIKES, as successor-in-interest to the | Case No. **EDL** |
   | Estate of Karen Eklund, by and through her guardina ad litem, Thomas P. Greerty, | (San Francisco Superior Court No. CGC-07-463527) |
   |  Plaintiff, |  |
   | v. | **NOTICE OF REMOVAL OF ACTION** |
   | STATE OF CALIFORNIA HIGHWAY PATROL, and DOES 1 TO 100, |  |
   |  Defendants. |  |

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21      PLEASE TAKE NOTICE that defendant State of California Highway Patrol hereby

22  removes to this Court the State court action described below.

23      1. On May 18, 2007, 2007, an action was commenced in the Superior Court of the State of

24  California for the County of San Francisco, entitled *Allexuz Dikes v. State of California, et al.*,

25  Case Number CGC-07-463527.  A copy of the Summons and Complaint is attached hereto as

26  Exhibit "A".

27      2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

28  § 1331, and is one that may be removed by defendant pursuant to the provisions of 42 U.S.C. §§

1 statute, *i.e.*, 42 U.S.C. § 1983, for alleged violations of plaintiff's federally protected civil rights
2 under color of state law.
3         Dated: October 26, 2007.
4                                 Respectfully submitted,
5                                 EDMUND G. BROWN JR.
                                  Attorney General of the State of California
6
7
8                                 PAUL T. HAMMERNESS
                                  Supervising Deputy Attorney General
9
                                  Attorneys for Defendant State of California Highway Patrol
10
11
40182453.wpd
12 SF2007402881

Case 3:07-cv-05483-SI    Document 1    Filed 10/26/2007    Page 3 of 10

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
STATE OF CALIFORNIA HIGHWAY PATROL, and DOES 1 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ALLEXUZ DIKES, as successor-in-interest to the Estate of Karen Eklund, by and through her guardian ad litem, Thomas P. Greerty

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Francisco, Civic Center Courthouse Branch
400 McAllister Street, San Francisco, CA, CA 94102

**CASE NUMBER:** *(Número del Caso):* CGC-07-463527

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
THOMAS P. GREERTY (Bar # 085616)    Attorney at Law
917 Las Juntas Street
Martinez, California 94102
Phone No. (925) 370-8400
Fax No. (925) 370-0778

DATE: SEP 2 8 2007    GORDON PARK-LI    Clerk, by WILLIAM TRUPEK    , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California

Code of Civil Procedure §§ 412.20, 465

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| THOMAS P. GREERTY (Bar # 085616)<br>Attorney at Law<br>917 Las Juntas Street<br>Martinez, California 94553<br>TELEPHONE NO: (925) 370-8400  FAX NO. (Optional): (925) 370-0778<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Allexuz Dikes, Plaintiff | ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br>MAY 1 8 2007<br>GORDON PARK-LI, Clerk<br>BY: ___JUN P. PANELO___<br>Deputy Clerk |
| NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA  94102<br>BRANCH NAME: Civic Center Courthouse | |
| PLAINTIFF: Allexuz Dikes, as successor-in-interest to the Estate of Karen Eklund, by and through her guardian ad litem, Thomas P. Greerty<br>DEFENDANT: State of California Highway Patrol | CASE MANAGEMENT CONFERENCE SET |
| [X] DOES 1 TO  100 | OCT 1 9 2007 -9:00 AM |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE    [X] OTHER (specify): 42 U.S.C. Section 1983<br>[ ] Property Damage   [X] Wrongful Death<br>[X] Personal Injury    [X] Other Damages (specify): Puntative | DEPARTMENT 212 |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br>CGC-07-463527 |

1. PLAINTIFF (name): Allexuz Dikes, by and through her guardian ad litem, Thomas P. Greerty

   alleges causes of action against DEFENDANT (name): State of California Highway Patrol
2. This pleading, including attachments and exhibits, consists of the following number of pages: __7__
3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff (name): Allexuz Dikes
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [X] a minor  [ ] an adult
         (a) [X] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Page 1 of 3
Form Approved for Optional Use<br>Judicial Council of California      COMPLAINT—Personal Injury, Property      Code of Civil Procedure, § 425.12

| SHORT TITLE: Allexuz Dikes v. State of California Highway Patrol, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): State of California Highway Patrol
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
          State Government
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ plaintiff has complied with applicable claims statutes, or
   b. ☐ plaintiff is excused from complying because (specify):

| SHORT TITLE: Allexuz Dikes v. State of California Highway Patrol, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify)*:
   Excessive and deadly use of Force by State of California Police Officers (42 U.S.C. Section 1983)

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*:
   Plaintiff has suffered the loss of her mother's love, companionship, comfort, care, assistance, protection, affection, society, moral support and her mother's training and guidance.

12. ☒ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☒ as follows:
   Plaintiff has suffered the loss of her mother's love, companionship, comfort, care, assistance, protection, affection, society, moral support and her mother's training and guidance.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
   b. The amount of damages is (you *must check (1) in cases for personal injury or wrongful death*):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   GN-1 (Negligent Training and Supervision), IT-2 (Battery by a Police Officer) and IT-3 (Excessive and deadly use of force by a Police Officer; 42 U.S.C. Section 1983)

Date:

THOMAS P. GREERTY
(TYPE OR PRINT NAME)          ▶          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. July 1, 2002]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

| SHORT TITLE: Allexuz Dikes v. State of California Highway Patrol, et al. | CASE NUMBER: |
|---|---|

**1** (number) **CAUSE OF ACTION—General Negligence**   Page **4**

ATTACHMENT TO  [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Allexuz Dikes

alleges that defendant *(name)*: State of California Highway Patrol

[X] Does **1** to **100**

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: March 23, 2006
at *(place)*: City and County of San Francisco

*(description of reasons for liability)*:

NEGLIGENT TRAINING AND SUPERVISION BY THE STATE OF CALIFORNIA HIGHWAY PATROL:

By negligent training and supervision of certain police officers of the State of California Highway Patrol, defendant State of California Highway Patrol was the legal and proximate causes of damages to plaintiff when officers of the California Highway Patrol shot to death plaintiff's mother, Karen Eklund, multiple times through the passenger side of her vehicle while she was stopped at a dead end street, unarmed and boxed in by several Highway Patrol vehicles with no means of escape.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

**CAUSE OF ACTION — General Negligence**

CCP 425.12

| SHORT TITLE: Allexuz Dikes v. State of California, et al. | CASE NUMBER: |
|---|---|

__2__ **CAUSE OF ACTION—Intentional Tort**    Page __5__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Allexuz Dikes

    alleges that defendant *(name):*
    State of California Highway Patrol

    [X] Does __1__ to __100__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date):* March 23, 2006
at *(place):* City and County of San Francisco

*(description of reasons for liability):*
BATTERY BY A POLICE OFFICER:

Plaintiff re-alleges her First Cause of Action and further alleges in her Second Cause of Action that defendant State of California Highway Patrol and certain individual officers of the California Highway Patrol used unreasonable force to arrest or prevent the escape or overcome the resistence of plaintiff's mother, Karen Eckland by fatally shooting her to death. Plaintiff's mother did not consent to the use of lethal force. Her car was stopped at a dead-end street and was boxed in by officers of the California Highway Patrol. Plaintiff's mother had no means of escape. She had no weapon and the number of times plaintiff's mother was shot was excessive and deadly.

| SHORT TITLE: Allexuz Dikes v. State of California Highway Patrol, et al. | CASE NUMBER: |
|---|---|

__3__ CAUSE OF ACTION—Intentional Tort          Page __6__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Allexuz Dikes

alleges that defendant *(name)*:
State of California Highway Patrol and individual officers of the California Highway Patrol whose true names are unknown to Plaintiff at this time

[X] Does __1__ to __100__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: March 23, 2006
at *(place)*: City and County of San Francisco

*(description of reasons for liability)*:
EXCESSIVE AND DEADLY USE OF FORCE BY A POLICE OFFICER: (42 U.S.C. Section 1983)

Plaintiff re-alleges her First and Second Cause of Actions and further alleges that defendant State of California Highway Patrol and individual officers of the California Highway Patrol used excessive force and deadly force to arrest or prevent the escape or overcome the resistance of plaintiff's mother, Karen Eklund, by shooting her to death. Plaintiff's mother was unable to escape from being shot because her vehicle was stopped at the end of a dead-end street and officers of the California Highway Patrol had her vehicle boxed in with their vehicles preventing her from escaping. Plaintiff's mother was shot to death by officers of the California Highway Patrol through the passenger side of her vehicle and she suffered 11 to 20 gunshot wounds. Plaintiff's mother was not committing a serious crime, did not have a weapon and did not pose an immediate threat to the officers who shot her to death.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)                CAUSE OF ACTION—Intentional Tort                 CCP 425.12