1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant State of California Highway
   Patrol

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| **ALLEXUZ DIKES,** | Case No.  C-07-5483 EDL |
| Plaintiff, | DECLARATION OF SERVICE BY U. S. MAIL |
| v. | Action Filed:  October 26, 2007 |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **DIKES, Allexuz v. State of California, et al.**

No.:    **C-07-5483 EDL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 30, 2007</u>, I served a copy of **DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL [FRCP 38]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Thomas P. Greerty, Esq.
Law Office of Thomas P. Greerty
917 Las Juntas Street
Martinez CA  94553

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 30, 2007, at San Francisco, California.

_____                    _____
            Rosalinda F. Asuncion
                    Declarant                                                          Signature

40183008.wpd