1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant State of California Highway Patrol

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALLEXUZ DIKES,** | Case No.  **C-07-5483 EDL** |
| Plaintiff, | **DECLINATION TO UTILIZE MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | **E-FILING** |

Pursuant to Civil L.R. 73-1, defendant State of California Highway Patrol respectfully declines to consent to the assignment to a Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated:  December 11, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


<u>s/Paul T. Hammerness</u>
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for Defendant State of California Highway Patrol

---

Declination to Utilize Magistrate Judge; Req. for Reassignment to U.S. Dist. Judge         Case No. C-07-5483 EDL