IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEXUZ DIKES,

        Plaintiff,

v.

CALIFORNIA STATE OF,

        Defendant.

No. C 07-05483SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 8, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 27, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk