1  THOMAS P. GREERTY, ESQ.
   Attorney at Law
2  917 La Juntas Street
   Martinez, CA 94102
3  Telephone: (925) 370-8400
   Fax: (925) 370-0778
4
   Attorney for Plaintiff
5
   EDMUND G. BROWN JR.
6  Attorney General of the State of California
   PAUL T. HAMMERNESS, State Bar No. 90294
7  Supervising Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
8   San Francisco, CA 94102-7004
    Telephone: (415) 703-5520
9   Fax: (415) 703-5480
    Email: Paul.Hammerness@doj.ca.gov
10
   Attorneys for Defendant California Highway Patrol
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **ALLEXUZ DIKES,** | Case No. C-07-5483-SI |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.can.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and

ADR Cert. by Parties & Counsel; Stipulation; [Proposed] Ord.        DIKES, Allexuz v. State of California, et al.
                                                                                              C-07-5483-SI

1

private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L. R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**EARLY NEUTRAL EVALUATION (ADR L.R. 6)**

The parties agree to hold the ADR session by: April 28, 2008.

IT IS SO STIPULATED:

Dated:   January 15, 2008.                    s/s Thomas P. Greerty
                                              Attorney for Plaintiff

Dated:   January 15, 2008.                    s/s Paul T. Hammerness
                                              Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to Stipulation above, the captioned matter is hereby referred to Court Mediation. Deadline to complete mediation is April, 2008.

IT SO ORDERED:

Dated:
                                              _____
                                              Honorable Susan Illston
                                              United States Judge