1  THOMAS P. GREERTY, ESQ.
   Attorney at Law
2  917 La Juntas Street
   Martinez, CA  94102
3  Telephone:  (925) 370-8400
   Fax:  (925) 370-0778
4
   Attorney for Plaintiff
5
   EDMUND G. BROWN JR.
6  Attorney General of the State of California
   PAUL T. HAMMERNESS, State Bar No. 90294
7  Supervising Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
8   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5520
9   Fax:  (415) 703-5480
    Email:  Paul.Hammerness@doj.ca.gov
10
   Attorneys for Defendant California Highway Patrol
11

12
                IN THE UNITED STATES DISTRICT COURT
13
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                          CIVIL DIVISION
15

16  **ALLEXUZ DIKES,**                    Case No.  C-07-5483-SI

17                          Plaintiff,    **ADR CERTIFICATION BY
                                          PARTIES AND COUNSEL;
18          v.                            STIPULATION AND
                                          [PROPOSED] ORDER
19  **STATE OF CALIFORNIA, et al.,**      SELECTING ADR PROCESS**

20                          Defendants.

21

22          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

23  that he or she has:

24          (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern

25  District of California" on the Court's ADR Internet site www.adr.can.uscourts.gov (Limited

26  printed copies are available from the clerk's office for parties in cases not subject to the court's

27  Electronic Case Filing program (ECF) under General Order 45);

28          (2)  Discussed the available dispute resolution options provided by the Court and

private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L. R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**EARLY NEUTRAL EVALUATION (ADR L.R. 6)**

The parties agree to hold the ADR session by: April 28, 2008.

IT IS SO STIPULATED:

Dated:  January 15, 2008.          s/s Thomas P. Greerty
        Attorney for Plaintiff

Dated:  January 15, 2008.          s/s Paul T. Hammerness
        Attorney for Defendant

### [PROPOSED] ORDER

Pursuant to Stipulation above, the captioned matter is hereby referred to Court Mediation. Deadline to complete mediation is April, 2008.

IT SO ORDERED:

Dated:

        Honorable Susan Illston
        United States Judge

ADR Cert. by Parties & Counsel; Stipulation; [Proposed] Ord.   DIKES, Allexuz v. State of California, et al.
C-07-5483-SI

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **DIKES, Allexuz v. State of California, et al.**

No.:    **C-07-5483SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 15, 2008, I served a copy of **ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Thomas P. Greerty, Esq.
Law Office of Thomas P. Greerty
917 Las Juntas Street
Martinez CA 94553

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at San Francisco, California.

| | |
|---|---|
| _____Rosalinda F. Asuncion_____ | _____s/Rosalinda F. Asuncion_____ |
| Declarant | Signature |

40183008.wpd