1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant California Highway Patrol

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **A. D., a Minor,** | Case No.  C-07-5483-SI |
| Plaintiff, | **NOTICE OF ERRATA RE ORDER SELECTING ADR PROCESS; CORRECTED PROPOSED ORDER SELECTING ENE** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Please be advised that the parties herein have stipulated in Early Neutral Evaluation rather than Mediation, and herewith submit a corrected order reflecting that stipulation.

Dated: January 17, 2008.

                              s/s Paul T. Hammerness
                              Attorney for Defendant

**CORRECTED [PROPOSED] ORDER**

Pursuant to the Stipulation submitted by the parties on January 15, 2008, the captioned matter is hereby referred to Early Neutral Evaluation.  Deadline to complete Early Neutral Evaluation is April 2008.

IT IS SO ORDERED:

Dated:                        _____
                              Honorable Susan Illston
                              United States Judge

Not. of Errata Re Ord. Selecting ADR Process; Corrected Proposed Ord.       Dikes v. State of California
                                                                                    C-07-5483-SI