EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5520
 Fax: (415) 703-5480
 Email: Paul.Hammerness@doj.ca.gov

Attorneys for Defendant California Highway Patrol

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **A. D., a Minor,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | Case No.  C-07-5483-SI<br><br>**NOTICE OF ERRATA RE ORDER SELECTING ADR PROCESS; CORRECTED PROPOSED ORDER SELECTING ENE** |

Please be advised that the parties herein have stipulated in Early Neutral Evaluation rather than Mediation, and herewith submit a corrected order reflecting that stipulation.

Dated: January 17, 2008.

                                s/s Paul T. Hammerness
                                Attorney for Defendant

**CORRECTED [PROPOSED] ORDER**

Pursuant to the Stipulation submitted by the parties on January 15, 2008, the captioned matter is hereby referred to Early Neutral Evaluation.  Deadline to complete Early Neutral Evaluation is April 2008.

IT IS SO ORDERED:

Dated:                                 _____
                                Honorable Susan Illston
                                United States Judge

Not. of Errata Re Ord. Selecting ADR Process; Corrected Proposed Ord.        Dikes v. State of California
                                                                              C-07-5483-SI