**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.   C07-5483SI          Judge:   SUSAN ILLSTON

Title: A D a minor -v- STATE OF CALIFORNIA

Attorneys: Greerty, Scott          Blake

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to **4/4/08 @ 2:30 P.M.   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/4/08    @ 9:00 a.m.**   for Motion to Amend

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Either a motion to amend or a stipulation to amend shall be filed by 2/29/08.

The ENE process shall be stayed pending further order of the Court.

CC: ADR.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.   C07-5483SI          Judge:   SUSAN ILLSTON

Title: A D a minor -v- STATE OF CALIFORNIA

Attorneys: Greerty, Scott          Blake

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

### PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **4/4/08 @ 2:30 P.M.   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/4/08    @ 9:00 a.m.**   for Motion to Amend

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Either a motion to amend or a stipulation to amend shall be filed by 2/29/08.

The ENE process shall be stayed pending further order of the Court.

CC: ADR.