EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE, State Bar No. 51885
Deputy Attorney General
JOHN P. DEVINE, State Bar No.  170773
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5506 / 703-5522
 Fax:  (415) 703-5480
 Email:  Tom.Blake@doj.ca.gov
 John.Devine@doj.ca.gov

Attorneys for Defendant State of California, Acting
By and Through Department of California  Highway
Patrol

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **A. D., a Minor,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | **Case No.  C-07-5483 SI**<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

TO THE COURT AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that this matter has been reassigned from Supervising Deputy

Attorney General Paul Hammerness to Deputy Attorneys General Tom Blake and John P.

Devine, Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco,

California 94102, phone number (415) 703-5506.  Mr. Blake and Mr. Devine will be handling all

further litigation in this matter.

///

///

1    Dated:  February 13, 2008.

2                              Respectfully submitted,

3                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

4

5

6                              s/s/Tom Blake
                              TOM BLAKE
7                              Deputy Attorney General

8                              Attorneys for Defendant State of California, Acting By and
                              Through Department of California  Highway Patrol
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28