1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE, State Bar No. 51885
   Deputy Attorney General
3  JOHN P. DEVINE, State Bar No.  170773
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5506 / 703-5522
    Fax:  (415) 703-5480
6   Email:  Tom.Blake@doj.ca.gov
    John.Devine@doj.ca.gov
7

8  Attorneys for Defendant State of California, Acting
   By and Through Department of California  Highway
9  Patrol

10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                                CIVIL DIVISION

14

15  **A. D., a Minor,**                              | **Case No.  C-07-5483 SI**

16                                      Plaintiff,   | **NOTICE OF CHANGE OF ATTORNEY**

17          v.

18  **STATE OF CALIFORNIA, et al.,**

                                        Defendants.
19

20

21  TO THE COURT AND COUNSEL FOR ALL PARTIES:

          PLEASE TAKE NOTICE that this matter has been reassigned from Supervising Deputy
22
   Attorney General Paul Hammerness to Deputy Attorneys General Tom Blake and John P.
23
   Devine, Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco,
24
   California 94102, phone number (415) 703-5506.  Mr. Blake and Mr. Devine will be handling all
25
   further litigation in this matter.
26
   ///
27
   ///
28

Notice of Change of Attorney                          A. D., a Minor v. State of California, et al.
                                                                              C-07-5483 SI

1    Dated:  February 13, 2008.

2                                    Respectfully submitted,

3                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California

4

5

6                                    s/s/Tom Blake
                                     TOM BLAKE
7                                    Deputy Attorney General

8                                    Attorneys for Defendant State of California, Acting By and
                                     Through Department of California  Highway Patrol
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28