## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C07-5483SI            Judge:   SUSAN ILLSTON

Title: A D a minor -v- STATE OF CALIFORNIA

Attorneys: Greerty          Blake

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1 Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to __ for Further Case Management Conference

Case continued to **3/6/09**    for Motion
(file 1/30/09, oppo 2/13/09, reply 2/20/09)

Case continued to **4/14/09  @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **4/27/09  @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 10/3/08   Designate Experts by: 10/27/08 , Rebuttal Experts:11/14/08, Expert Discovery Cutoff: 12/5/08

ORDERED AFTER HEARING:
The stay on the ADR process is lifted.  ADR shall proceed at this time.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C07-5483SI              Judge:   SUSAN ILLSTON

Title: A D a minor -v- STATE OF CALIFORNIA

Attorneys: Greerty            Blake

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1 Further Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to __for Further Case Management Conference

Case continued to **3/6/09**   for Motion
(file 1/30/09, oppo 2/13/09, reply 2/20/09)

Case continued to **4/14/09  @ 3:30 p.m.** for Pretrial Conference

Case continued to  **4/27/09  @ 8:30 a.m.** for Trial (jury:  Days)
Discovery Cutoff: 10/3/08   Designate Experts by: 10/27/08 , Rebuttal Experts:11/14/08, Expert Discovery Cutoff: 12/5/08

ORDERED AFTER HEARING:
The stay on the ADR process is lifted.  ADR shall proceed at this time.

Cc: ADR