IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD a minor, | No. C 07-05483 SI |
|     Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CALIFORNIA STATE OF, | |
|     Defendant.                 / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 10/3/08.

DESIGNATION OF EXPERTS: 10/27/08; REBUTTAL: 11/14/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 5, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 30, 2009;

    Opp. Due February 13, 2009; Reply Due February 20, 2009;

    and set for hearing no later than March 6, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 14, 2009 at 3:30 PM.

JURY TRIAL DATE: April 27, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The stay on the ADR process is lifted. ADR shall proceed at this time.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

*Susan Illston*

SUSAN ILLSTON
United States District Judge