# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Dikes, | 07-05483 SI ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| State of California Highway Patrol, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Robert T. Fries**
Carter, Carter & Fries
44 Montgomery St., Suite 2500
San Francisco, CA 94108
415-989-4800
rfries@carterfries.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05483 SI ENE                                     - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: April 22, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-05483 SI ENE                              - 2 -