1  John Houston Scott, SBN 72578
   Lizabeth N. de Vries, SBN 227215
2  **SCOTT LAW FIRM**
   1375 Sutter Street, Suite 222
3  San Francisco, CA 94109
   Telephone: (415) 561-9600
4  Facsimile: (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

6  Attorneys for Plaintiff, J.E., a minor

7  Thomas P. Greerty, SBN 85616
   **ATTORNEY AT LAW**
8  917 La Juntas Street
   Martinez, CA 94102
9  Telephone:(925) 370-8400
   Facsimile: (925) 228-6825
10 tgreerty@tgreerty.com

11 Attorneys for Plaintiff, A.D., a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through her Guardian ad Litem, THOMAS P. GREERTY, and J.E., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through his Guardian ad Litem, SUE CASEY,<br><br>Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA HIGHWAY PATROL, STEPHEN MARKGRAF and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C-07-5483 SI<br><br>STIPULATION AND [PROPOSED] ORDER FOR PERMISSION TO EXTEND THE DATE TO COMPLETE ENE |

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

STIPULATION

IT IS HEREBY STIPULATED by and between the parties the date to complete Early Neutral Evaluation (ENE) shall be extended from July 7, 2008 to July 21, 2008 in order to accommodate the vacation schedule of Plaintiffs' counsel John H. Scott.

DATED: May 6, 2008                     SCOTT LAW FIRM

                                       By: _____
                                           JOHN HOUSTON SCOTT
                                           Attorney for Plaintiffs

DATED: May 7, 2008

                                       By: _____
                                           TOM BLAKE
                                           Attorney for Defendants

ORDER

Based on the stipulation of the parties, and good cause appearing therefor;

IT IS HEREBY ORDERED that the parties may extend the date to complete ENE to July 21, 2008.

DATED:

                                       _____
                                       Honorable Susan Illston
                                       U.S. District Court Judge

- 1 -