John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff, J.E., a minor

Thomas P. Greerty, SBN 85616
**ATTORNEY AT LAW**
917 La Juntas Street
Martinez, CA 94102
Telephone:(925) 370-8400
Facsimile: (925) 228-6825
tgreerty@tgreerty.com

Attorneys for Plaintiff, A.D., a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through her Guardian ad Litem, THOMAS P. GREERTY, and J.E., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through his Guardian ad Litem, SUE CASEY,<br><br>Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA HIGHWAY PATROL, STEPHEN MARKGRAF and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C-07-5483 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PERMISSION TO EXTEND THE DATE TO COMPLETE ENE** |

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties the date to complete Early Neutral Evaluation (ENE) shall be extended from July 7, 2008 to July 21, 2008 in order to accommodate the vacation schedule of Plaintiffs' counsel John H. Scott.

DATED: May 6, 2008

SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiffs

DATED: May 7, 2008

By: _____
TOM BLAKE
Attorney for Defendants

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the parties may extend the date to complete ENE to July 21, 2008.

DATED:

_____
Honorable Susan Illston
U.S. District Court Judge

- 1 -