1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE, State Bar No. 51885
   Deputy Attorney General
3  JOHN P. DEVINE, State Bar No. 170773
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5506 / 703-5522
    Fax:  (415) 703-5480
6   Email:  Tom.Blake@doj.ca.gov
    John.Devine@doj.ca.gov
7
   Attorneys for Defendant State of California, Acting
8  By and Through Department of California Highway
   Patrol, and CHP Officer Stephen Markgraf
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14
   | A.D., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through her Guardian ad Litem, THOMAS P. GREERTY, and J.E., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through his Guardian ad Litem, SUE CASEY, | **Case No.  C-07-5483 SI** |
   |---|---|
   | Plaintiffs, | **DECLARATION OF SERVICE BY U.S. MAIL** |
   | v. | **Action Filed:  October 26, 2007** |
   | STATE OF CALIFORNIA HIGHWAY PATROL, STEPHEN MARKGRAF and DOES 1 through 50, inclusive, | **E-FILED** |
   | Defendants. | |

23       I, Corazon Marcelino, declare:

24       I am employed in the Office of the Attorney General, which is the office of a member of the

25  California State Bar, at which member's direction this service is made. I am 18 years of age or older

26  and not a party to this matter. I am familiar with the business practice at the Office of the Attorney

27  General for collection and processing of correspondence for mailing with the United States Postal

28  Service. In accordance with that practice, correspondence placed in the internal mail collection

Declaration of Service                                           *A. D., a Minor v. State of California, et al.*
                                                                                               C-07-5483 SI

1 system at the Office of the Attorney General is deposited with the United States Postal Service that
2 same day in the ordinary course of business.

3 On May 9, 2008, I served a copy of **DEFENDANTS' ANSWER TO FIRST AMENDED**
4 **COMPLAINT; DEMAND FOR JURY TRIAL [FRCP 38]** by placing a true copy thereof
5 enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection
6 system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San
7 Francisco, CA 94102-7004, addressed as follows:

Thomas P. Greerty, Esq.
Law Office of Thomas P. Greerty
917 Las Juntas Street
Martinez CA 94553
*Attorney for Plaintiff*

13 I declare under penalty of perjury under the laws of the State of California the foregoing is
14 true and correct and that this declaration was executed on May 9, 2008, at San Francisco, California.

/s/ ***Corazon Marcelino***
Corazon Marcelino

Declaration of Service    *A. D., a Minor v. State of California, et al.*
C-07-5483 SI