```
                                              FILED
                                            JUL 0 1 2008
                                          RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Dikes, | No. C 07-05483 SI ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| State of California Highway Patrol, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __6/27/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __8/24/08__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☒ NO

Dated: __6/27/08__

_____
Evaluator, Robert T. Fries
Carter, Carter & Fries
44 Montgomery St., Suite 2500
San Francisco, CA 94108

Certification of ADR Session
07-05483 SI ENE