1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE, State Bar No. 51885
   Deputy Attorney General
3  JOHN P. DEVINE, State Bar No. 170773
   Deputy Attorney General
4
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102-7004
   Telephone: (415) 703-5506 / 703-5522
6  Fax: (415) 703-5480
   Email: Tom.Blake@doj.ca.gov
7         John.Devine@doj.ca.gov

8  Attorneys for Defendants State of California, Acting
   By and Through Department of California Highway
9  Patrol, and CHP Officer Stephen Markgraf

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

| | |
|---|---|
| A.D., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through her Guardian ad Litem, THOMAS P. GREERTY, and J.E., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through his Guardian ad Litem, SUE CASEY,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br>STATE OF CALIFORNIA HIGHWAY PATROL, STEPHEN MARKGRAF and DOES 1 through 50, inclusive,<br>　　　　　　　　　　　　Defendants. | Case No. C-07-5483 SI<br><br>**JOINT ADMINISTRATIVE MOTION AND STIPULATION TO MODIFY PRETRIAL PREPARATION ORDER; [Proposed] ORDER** |

## NATURE OF ACTION; PROCEDURAL STATUS

Due to administrative inadvertence by the state Superior Court, County of Contra Costa, sitting as the Juvenile Court, there has been a delay in the production of the Juvenile Court records of both minor plaintiffs. This has necessarily delayed their depositions and related work by expert witnesses for both sides. Pursuant to the Court's order of April 14, 2008 (Docket, Doc. 22-2), non-expert discovery was to have concluded by October 3 and the designation of experts was to have occurred on October 27, 2008, but these dates have been rendered impractical by the delay in the

**Joint Admin. Motion & Stipulation to Modify Pretrial Preparation Order;[Proposed] Order　　Case No. C-07-5483 SI**

1

production of the Juvenile records, the contents of which are as yet unknown to all counsel. Counsel for both sides having appeared in the Juvenile Court on August 6, 2008, the Superior Court granted the unopposed defense motion to unseal the records of both minors, subject to certain redactions and the issuance of a Superior Court protective order. The court announced in open court that the records would be mailed within the next several weeks to defense counsel, who would copy them for both plaintiffs' counsel. On September 15, 2008, the clerk advised the defense that the court had mailed the records to the wrong address (450 instead of 455 Golden Gate Avenue), and that although the court staff was going on vacation another copy would be made and mailed. As of this writing, no copy of the records has been received and counsel is attempting to contact the Juvenile Court.

By this joint administrative motion, all parties respectfully request that the non-expert discovery cut-off date be extended to January 23, 2009 and that related dates also be changed as set out below.

## GROUNDS FOR REQUEST

As noted above, the absence of the Juvenile Court records has delayed all parties in their performance of the necessary discovery. Both minors are wards of the court, represented by Guardians ad Litem who are neither parents nor relatives. The Court has the authority to modify the case management schedule. Civil L.R. 16-2(d).

## CONCLUSION

For these reasons, all parties respectfully ask that this Court modify the scheduling order to establish the following dates:

| | |
|---|---|
| Non-Exert Discovery Cutoff | December 5, 2008 |
| Designation of Experts (with Rule 26(a)(2) reports) | January 2, 2009 |
| Designation of Rebuttal Experts ( " ) | January 9, 2009 |
| Expert Discovery Cutoff | 1/30/09 ~~February 6, 2009~~ |
| File Dispositive Motions by | February 6, ~~27,~~ 2009 |
| Opposition to Dispositive Motion Due | February 20, 2009 ~~March 13, 2009~~ |
| Reply to Dispositive Motion Due | February 27, 2009 ~~March 20, 2009~~ |
| Hearing on Dispositive Motion | March 13, 2007 ~~April 3, 2009~~ |
| Pre-Trial Conference (**UNCHANGED**) | April 14, 2009 at 3:30 PM. |

Joint Admin. Motion & Stipulation to Modify Pretrial Preparation Order;[Proposed] Order    Case No.  C-07-5483 SI

2

| | | |
|---|---|---|
| 1 | Jury Trial (**UNCHANGED**) | April 27, 2009 at 8:30 AM. |

Dated: September 17, 2008

          Respectfully submitted,

          EDMUND G. BROWN JR.
          Attorney General of the State of California

          /s/ Tom Blake
          TOM BLAKE
          Deputy Attorney General

          Attorneys for Defendants State of California, Acting By and Through Department of California Highway Patrol, and CHP Officer Stephen Markgraf

          SCOTT LAW FIRM

          /s/ John Houston Scott
          JOHN HOUSTON SCOTT

          Attorneys for Plaintiff A.D., a minor as successor in interest to the ESTATE OF KAREN EKLUND, by and through her Guardian ad Litem

          THOMAS P. GREERTY
          Attorney At Law

          /s/ Thomas P. Greerty

          Attorneys for Plaintiff J.E., a minor, as successor in interest to the ESTATE OF KAREN EKLUND, by and through his Guardian ad Litem

### [Proposed] ORDER

For good cause shown, it is so ordered.

Dated: _____

          *[signature]*
          SUSAN ILSTON
          United States District Judge

Joint Admin. Motion & Stipulation to Modify Pretrial Preparation Order;[Proposed] Order     Case No. C-07-5483 SI

3