IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D. a minor and J.E. a minor, | No. C 07-05483 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA STATE OF, | |
| Defendant. | |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before a jury and the Court and special verdict rendered on May 1, 2009 as to Phase I, and on May 7, 2009, as to Phase II.

IT IS ORDERED AND ADJUDGED that pursuant to Special Verdicts, judgment shall be entered in favor of plaintiffs and against defendants.

**IT IS SO ORDERED**.

Dated: 5/8/09

SUSAN ILLSTON
United States District Judge