John Houston Scott,  SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile:  (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff, J.E., a minor

Thomas P. Greerty,  SBN  85616
**ATTORNEY AT LAW**
917 La Juntas Street
Martinez, CA 94102
Telephone:(925) 370-8400
Facsimile: (925) 228-6825
tgreerty@tgreerty.com

Attorneys for Plaintiff, A.D., a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| A.D., a minor, et al., | ) Case No.: C-07-5483 S.I. |
|---|---|
| Plaintiffs, | ) **STIPULATION TO EXTEND TIME** |
| v. | ) **TO FILE MOTION FOR** |
| | ) **ATTORNEYS' FEES AND** |
| STATE OF CALIFORNIA HIGHWAY | ) **EXPENSES  AND [PROPOSED]** |
| PATROL, STEPHEN MARKGRAF and | ) **ORDER** |
| DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER

WHEREAS, Plaintiffs' Motion for Attorneys' Fees and Expenses is currently due on May 22, 2009; and

IT IS STIPULATED by and between the parties through their respective counsel of record, and subject to the approval of the Court, that the time to file a motion for attorneys' fees pursuant to Fed. R. Civ. Pro. 54(d)(2) and Civil L.R. 54-6 is extended until 60 days from the Court's final disposition of any post-trial motions, or the expiration of time to file post-trial motions, whichever time is later.

DATED: May /8, 2009

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiffs

DATED: May /9, 2009

By: _____
TOM BLAKE
Attorney for Defendant

IT IS SO ORDERED.

Dated:

_____
United States District Judge

-2-

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER