Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar. No. 233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:  (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.D., a minor, et al., | ) | Case No. C-07-5483 SI |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES AND EXPENSES AND ESTABLISHING BRIEFING SCHEDULE |
| STATE OF CALIFORNIA HIGHWAY PATROL, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The parties have met and conferred with respect to plaintiffs' motion for attorneys' fees and expenses and the time for briefing of the motion.  It is the intention of the parties to have the motion for fees and expenses heard and decided prior to the briefing of defendant's appeal, if possible.

Subject to the approval of the District Court, the parties stipulate and agree as follows:

1.    Plaintiffs' time to file a motion for attorneys' fees and expenses in this matter is extended from August 24, 2009 to and including September 2, 2009.

2.    Defendants shall file opposition on or before October 16, 2009.

1    3.    The hearing shall be noticed for November 13, 2009 at 9:00 a.m.

2

3    It is so stipulated.

4

5    Dated: August 18, 2009          /s/ Amitai Schwartz
                                     Amitai Schwartz
6                                    Attorney for Plaintiffs

7

8    Dated: August 18, 2009          /s/ Tom Blake
                                     Tom Blake
9                                    Deputy Attorney General
                                     Attorney for Defendant

10

11                                   ORDER

12   IT IS SO ORDERED.

13

14                                   _____
                                     Susan Illston
15                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28