1 | Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar. No. 233279)
2 | Law Offices of Amitai Schwartz
Watergate Towers
3 | 2000 Powell Street, Suite 1286
Emeryville, CA 94608
4 | Telephone:  (510) 597-1775
Facsimile:   (510) 597-0957
5 | attorneys@schwartzlaw.com

6 | Attorneys for Plaintiffs

7 | John Houston Scott (State Bar No. 72578)
Lizabeth N. de Vries (State Bar No. 227215)
8 | Scott Law Firm
1375 Sutter Street, Suite 222
9 | San Francisco, CA 94109
Telephone: (415) 561-9600
10 | Facsimile: (415) 561-9609
john@scottlawfirm.net
11 | liza@scottlawfirm.net

12 | Attorneys for Plaintiff, J.E., a minor

13 | Thomas P. Greerty (State Bar No. 85616)
917 La Juntas Street
14 | Martinez, CA 94102
Telephone:(925) 370-8400
15 | Facsimile: (925) 228-6825
tgreerty@tgreerty.com
16 |
Attorneys for Plaintiff, A.D., a minor

17 |

18 |

19 |
UNITED STATES DISTRICT COURT
20 |
NORTHERN DISTRICT OF CALIFORNIA
21 |

22 | A.D., a minor, et al.,                    )     Case No. C-07-5483 SI
                                          )
23 |            Plaintiffs,                 )
                                          )
24 |       v.                               )     DECLARATION OF AMITAI
                                          )     SCHWARTZ IN SUPPORT OF
                                          )     PLAINTIFFS' MOTION FOR
25 | STATE OF CALIFORNIA              )     ATTORNEYS' FEES AND
HIGHWAY PATROL, et al.,          )     EXPENSES
26 |                                          )
            Defendants.               )     Date:  November 13, 2009
27 | _____ )     Time:   9:00 a.m.
                                          )     Hon. Susan Illston
28 |

Declaration of Amitai Schwartz in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483  SI

I, Amitai Schwartz, declare as follows:

1.    I am an attorney at law and a member of the State Bar of California.  I am a member of the bar of the United States District Courts for the Northern, Eastern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.  I make this declaration in support of the accompanying motion for attorneys' fees and expenses in the above-captioned matter.

2.    I graduated with a J.D. degree from the University of California, Berkeley (Boalt Hall) in 1972.  From July of 1985 to the present I have maintained a private law practice in the San Francisco Bay Area.  My office is presently located in Emeryville, California.  My practice focuses on civil litigation and civil and criminal appellate work with an emphasis on civil rights and other public law matters.  I have served as lead counsel in numerous civil rights and public interest cases in the state and federal courts.

3.    I am rated "av" by Martindale-Hubbell and have been designated by that company as a preeminent lawyer.  Attached hereto and incorporated herein as Exhibit A is a copy of my resume.

4.    One of my specialties is litigation involving attorneys' fees awards.  I have represented other attorneys in seeking fee awards and my office has litigated many attorneys' fees claims of my own.  See, e.g., Kubbany v. Trans Union, LLC, United States District Court, Northern District of California, No. CV 08 0320 CW; Flannery v. California Highway Patrol (1998) 61 Cal.App.4th 629;  Friend v. Kolodzieczak (9th Cir. 1995) 72 F.3d 1386, cert. denied, (1996) 516 U.S. 1146; Estate of Conners v. O'Connor (9th Cir. 1993) 6 F.3d 656.

5.    I am seeking compensation at an hourly rate of $600.00 per hour.  I believe that this rate is at or below market rates for attorneys of comparable skill and experience.  In April 2009, I sought and was awarded attorneys' fees at a rate

Declaration of Amitai Schwartz in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483  SI                                            2

of $600.00 per hour in <u>Kubbany v. Trans Union, LLC</u>, United States District Court, Northern District of California, No. CV 08 0320 CW.  I was awarded attorney's fees in 2007 at an hourly rate of $500 per hour in <u>Franklin v. State of California</u>, United States District Court, Central District of California, No.  EDCV 00-00359-VAP (SGLx), <u>aff'd</u> <u>on</u> <u>other</u> <u>grounds</u>, No. 07-55824, 2009 WL 1284053 (9th Cir. May 11, 2009).  I sought and was awarded attorneys' fees in 2005 at an hourly rate of $475.00 in <u>Hettick v. Federal Express Corp.</u>, Santa Clara Superior Court No. 03-CV-010014.  In 2004, I sought and was awarded attorneys fees at an hourly rate of $475.00 in <u>California Advocates for Nursing Home Reform v. Bonta et al.</u>, San Francisco Superior Court, No. 315107.  I believe that rates I previously sought were below market rates for attorneys with my experience in the Northern District.

6.  Moira Duvernay is an associate in my office.  She graduated from University of California Hastings College of the Law in 2004.  From 2004 to 2008, she worked as a staff attorney for the legal non-profit organization, Center for Justice & Accountability, in San Francisco, bringing public interest civil lawsuits in United States federal courts for violations of international human rights law.  She was awarded Attorney of the Year for civil rights by California Lawyer Magazine in March 2007.  Her practice in my office focuses on complex civil litigation and appellate work.  In April 2009, she sought and was awarded attorneys' fees at an hourly rate of $250 in <u>Kubbany v. Trans Union, LLC</u>, United States District Court, Northern District of California, No. CV 08 0320 CW. Attached hereto and incorporated herein as Exhibit B is a copy of her resume.

7.  I am seeking compensation at an hourly rate of $300.00 per hour for Ms. Duvernay's services in this case.  I believe that this rate is below market rates for attorneys of comparable skill and experience.

8.  To bring this motion, Ms. Duvernay and I had to develop an

Declaration of Amitai Schwartz in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483 SI

3

1   understanding of the factual and procedural background of the case, review and

2   present time records, review applicable legal authorities, contact declarants and

3   obtain declarations, research current hourly rates in the Northern District of

4   California, and draft the moving papers.

5       9.      I have met and conferred with counsel for the defendant regarding the

6   plaintiffs' demand for attorneys' fees and expenses by sending a letter on July 31,

7   2009, with copies of plaintiffs' attorneys' time itemizations and a settlement

8   demand.  However, the parties were not able to reach an agreement.

9       10.     As of September 2, 2009, I have spent 30.6 hours on this motion for

10  attorneys' fees and expenses.  Attached hereto and marked as Exhibit C is a

11  itemization of the time I have expended on this matter.  This itemization is based

12  on contemporaneous time records and is a true and accurate report of hours I have

13  worked on the case.  The itemization does not include all of the time I have

14  expended on this case.

15      11.     As of September 2, 2009, my associate Moira Duvernay has spent

16  84.8 hours on this motion for attorneys' fees and expenses.  Attached hereto and

17  marked as Exhibit D is an itemization of the time Ms. Duvernay's has expended

18  on this matter.  This itemization is based on contemporaneous time records and is

19  a true and accurate report of hours Ms. Duvernay has worked on the case.  The

20  itemization does not include all of the time Ms. Duvernay has expended on this

21  case.

22      12.     I expect to supplement these time summaries with time spent in

23  preparing the Reply Memorandum and appearing at the hearing on this motion.

24  //

25  //

26  //

27  //

28  //

Declaration of Amitai Schwartz in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483  SI

4

1      13.    Through September 2, 2009, the costs and expenses incurred by my

2  office in connection with this motion for attorneys' fees and expenses total $59.28.

3  A summary of the claimed expenses is attached hereto as Exhibit E.  This

4  summary is a true and accurate account of the expenses we are claiming as of

5  September 2, 2009, in this case.

6

7      I declare under penalty of perjury that the foregoing is true and correct.

8  Executed at Emeryville, California this 2nd day of September, 2009.

9
                            /s/ Amitai Schwartz
10                           Amitai Schwartz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Amitai Schwartz in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483  SI                          5