1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar. No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone:  (510) 597-1775
   Facsimile:  (510) 597-0957
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiffs

7  John Houston Scott (State Bar No. 72578)
   Lizabeth N. de Vries (State Bar No. 227215)
8  Scott Law Firm
   1375 Sutter Street, Suite 222
9  San Francisco, CA 94109
   Telephone: (415) 561-9600
10 Facsimile: (415) 561-9609
   john@scottlawfirm.net
11 liza@scottlawfirm.net

12 Attorneys for Plaintiff, J.E., a minor

13 Thomas P. Greerty (State Bar No. 85616)
   917 La Juntas Street
14 Martinez, CA 94102
   Telephone:(925) 370-8400
15 Facsimile: (925) 228-6825
   tgreerty@tgreerty.com
16
   Attorneys for Plaintiff, A.D., a minor
17

18                  UNITED STATES DISTRICT COURT
19            NORTHERN DISTRICT OF CALIFORNIA
20

21 A.D., a minor, et al.,              )   Case No. C-07-5483 SI
                                       )
22          Plaintiffs,                )
                                       )   DECLARATION OF RICHARD M.
23      v.                             )   PEARL IN SUPPORT OF
                                       )   PLAINTIFFS' MOTION FOR
24 STATE OF CALIFORNIA                 )   ATTORNEYS' FEES AND
   HIGHWAY PATROL, et al.,             )   EXPENSES
25                                     )
            Defendants.                )   Date: Nov. 13, 2009
26 _____       )   Time: 9:00 a.m.
                                           Hon. Susan Illston
27

28

I, Richard M. Pearl, declare:

1.     I am a member in good standing of the California State Bar.  I was retained by Plaintiffs and their attorneys to express my opinion regarding the hourly rates they have requested for this litigation.

2.     Briefly summarized, my background is as follows:  I am a 1969 graduate of Boalt Hall School of Law, University of California, Berkeley.  After graduation, I spent fourteen years in federally funded legal services programs before going into private practice in 1982.  From 1977 to 1982, I was Director of Litigation for California Rural Legal Assistance, Inc., a statewide legal services program with more than fifty attorneys. Since April 1987, I have been a sole practitioner in the San Francisco Bay Area. Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005,  2006, 2007, and 2008. A copy of my Resume is attached hereto as Exhibit A.

3.     Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees. I have lectured and written extensively on court-awarded attorneys' fees.  I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues. I am the author of *California Attorney Fee Awards, 2d Ed.* (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. I am currently working on the Third Edition of the book.  This treatise has been cited by the California appellate courts on more than 30 occasions.  I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's *California Attorney's Fees Award Practice*.  In addition, I authored a federal manual on attorneys' fees entitled *Attorneys' Fees:  A Legal Services Practice Manual*, published by the Legal Services

///

1    Corporation.  I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's

2    *Wrongful Employment Termination Practice, 2d Ed.* (1997).

3         4.    More than 90% of my practice is devoted to issues involving court-awarded

4    attorney's fees.  I have been counsel in over 140 attorneys' fee applications in state and

5    federal courts, primarily representing other attorneys.  I also have briefed and argued

6    more than 40 appeals, at least 25 of which have involved attorneys' fees issues.  In the

7    past ten years, I have successfully handled four cases in the California Supreme Court

8    involving court-awarded attorneys' fees: 1) *Delaney v. Baker* (1999) 20 Cal.4th 23, which

9    held that heightened remedies, including attorneys' fees, are available in suits against

10   nursing homes under California's Elder Abuse Act;  2) *Ketchum v. Moses* (2001) 24

11   Cal.4th 1122, which held, *inter alia*, that contingent risk multipliers remain available

12   under California attorney fee law, despite the United States Supreme Court's  contrary

13   ruling on federal law (note that in *Ketchum*, I was primary appellate counsel in the Court

14   of Appeal and "second chair" in the Supreme Court); 3) *Flannery v. Prentice* (2001) 26

15   Cal.4th 572, which held that in the absence of an agreement to the contrary, statutory

16   attorneys' fees belong to the attorney whose services they are based upon; and 4) *Graham*

17   *v. DaimlerChrysler Corp.* (2004) 34 Cal.4th 553, which I handled, along with trial

18   counsel, in both the Court of Appeal and Supreme Court.  I also successfully represented

19   the plaintiffs in a previous attorneys' fee decision in the Supreme Court, *Maria P. v. Riles*

20   (1987) 43 Cal.3d 1281, and represented *amicus curiae*, along with Richard Rothschild, in

21   the Supreme Court's most recent fee decision, *Vasquez v. State of California* (2009) 45

22   Cal.4th 243.  I also have handled several Ninth Circuit attorneys' fees matters, including

23   *Davis v. City & County of San Francisco* (9th Cir. 1992) 976 F.2d 1536, *Mangold v.*

24   *CPUC* (9th Cir. 1995) 67 F.3d 1470, *Velez v. Wynne* (9th Cir. 2007)2007 U.S.App.LEXIS

25   2194, and *Camacho v. Bridgeport Financial, Inc*. (9th Cir. 2008) 523 F.3d 973.  *See*

26   Exhibit A.

27

28

5.     I have been retained as an expert witness on attorneys' fee issues on at least 25 occasions, on behalf of both fee claimants and those opposing fee applications.  On at least 10 occasions, I have been qualified as an expert on attorneys' fees in judicial proceedings and arbitrations.  I also have served as an arbitrator and mediator of attorney fee issues.

6.     The 2009 rate for my services is $600 per hour, which is the rate I charge new market-rate paying clients for my services. Numerous clients have paid my market rates over the years.  My hourly rates also have been found reasonable by numerous courts and paid by numerous defendants in settlement. My 2009 hourly rate of $600 per hour was found reasonable in *Alcoser et al v. Thomas,* Alameda County Superior Court No. RG03112134, Order Granting in Part Plaintiffs' Motion for Attorneys' Fees and Costs, filed June 30, 2009. My 2008 rate of $550 per hour was found reasonable in *Saephan v. Oakland Unified School District*, N.D.Cal. No. C-06-4428 JCS, Fee Order dated January 20, 2009; it also was paid in full by the State for my appellate work in *Naidu v. California Public Utilities Commission*, 2008 Cal.App.Unpub. 6350.  My 2008 hourly rate was also found reasonable in *Camacho v. Bridgeport Financial, Inc.,* N.D. Cal.No. C-04-00478 CRB, Order filed August 25, 2008, and in *Chacon v. Litke*,  San Francisco Superior Court No. CGC-06-448337, Opinion and Order on Plaintiffs' Motion for Award of Attorneys' Fees, filed November 26, 2008.  My 2007 rate of $535 per hour was found reasonable in five different cases: *Graham v. DaimlerChrysler,* Los Angeles County Superior Court No. BC215624, Fee Order filed December 10, 2007; *Moore v. Bank of America,* 2008 U.S.Dist.LEXIS 904 (S.D.Cal. 2008); *Denenberg v. CalTrans,* San Diego County Superior Court No. GIC 836582, Fee Order filed January 11, 2008; *Naidu v. California Public Utilities Commission*, San Francisco Superior Court No. CGC-05-444782, Order Awarding Attorneys' Fees, filed September 27, 2007; and *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007. Both my

1  2006 rate of $525 per hour and my 2005 rate of $495 per hour were found reasonable by

2  United States District Judge Thelton Henderson in *Coles et al. v. City of Oakland et al.*,

3  N.D. Cal No. C03-2961 TEH, Order Granting in Part and Denying in Part Plaintiff's

4  Motions for Attorney's Fees and Costs, filed January 4, 2007.

5       7.     I am frequently called upon to opine about the reasonableness of attorneys'

6  fees, and my declarations on that issue have been cited favorably by numerous courts.  In

7  this case, I have been asked to express my opinion about the hourly rates requested by

8  attorneys John H. Scott, Thomas Greerty, and Amitai Schwartz.   I am aware that each of

9  these attorneys is seeking $600.00 per hour for his time in this case and lesser hourly rates

10 for their associates.   Mr. Scott has 33 years experience, Mr. Greerty 30 years experience,

11 and Mr. Schwartz 36 years experience.    Their associates Ms. de Vries has six years

12 experience; and, Ms. Duvernay has five years experience.

13       8.     Through my writing and practice, I have become familiar with the non-

14 contingent market rates charged by attorneys in California and elsewhere.  This

15 familiarity has been obtained in several ways:  (1) by handling attorneys' fee litigation;

16 (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding

17 prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by

18 reviewing attorneys' fee applications and awards in other cases, as well as surveys and

19 articles on attorney's fees in the legal newspapers and treatises.

20       9.     Based on the information I have gathered, set out below, it is my opinion

21 that the requested hourly rates are in line with the non-contingent rates charged by

22 California attorneys of equivalent experience, skill, and expertise for comparable

23 services.  The following data supports my opinion:

24

25

26

27

28

DECLARATION OF RICHARD M. PEARL
ISO OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND EXPENSES
Case No. C-07-5483 SI

5

a.   <u>Rates found reasonable in other cases</u>.  The hourly rates sought are in line with the following rates awarded by the courts in the following cases:

<u>2008</u> Rates:

(1)   *Gardner v. Schwarzenegger,* Alameda County Sup. Ct. No. RG06-278911, Order After Hearing filed April 20, 2009,  in which Judge Jon S. Tigar found that the following 2008 rates reasonable, plus a 1.75 multiplier:

| Years of Experience | Rate |
| --- | --- |
| 17 | $640 |
| 14 | 590 |
| 8 | 445 |

(2)   *Kashmiri et al v. Regents of U.C.,* San Francisco Superior Court, Order Granting Plaintiffs' Motion for Common Fund Attorneys' Fees and Expenses, filed September 30, 2008, in which the court found the following rates reasonable, plus a 3.7 lodestar multiplier:

| Years of Experience | Rate |
| --- | --- |
| 40 | $750 |
| 22 | 690 |
| 14 | 590 |
| 7 | 420 |
| 4 | 345 |
| 2 | 295 |
| Law Clerks | 200 |
| Paralegals | 195 |

(3)   *Armstrong v. Schwarzenegger,* U.S. District Court, Northern District of California, Case No. 94-2307 (N.D. Cal. June 27, 2008), in which the court awarded plaintiffs' counsel the following 2008 hourly rates:

| Years of Experience | Rate |
| --- | --- |
| 28 | $640 |
| 11 | 450 |
| 7 | 370 |
| 4 | 295 |

1    (4)    *Caplan v. CNA Financial Corp.* (N.D Cal. 2008) 2008 U.S.Dist.

2 LEXIS 78211, in which the court found the following hourly rates reasonable in an

3 individual case involving an ERISA violation:

| Years of Experience | Rate |
|---|---|
| 20 | $575 |
| 6 | 350 |
| 4 | 330 |
| Law Clerks | 200 |

7    (5)    *Chau v. CVS RX Services, Inc.,* Los Angeles County Superior Court

8 No. BC349224, Order Granting Final Approval of Class Action Settlement, Reasonable

9 Attorney' Fees and Costs and Service Payments to the Class Representatives, filed

10 September 24, 2008, in which Judge William F. Highberger found the following hourly

11 rates reasonable, plus a 3.8 lodestar multiplier, in a wage and hour class action:

| Years of Experience | Rate |
|---|---|
| 18 | $600 |
| 15 | 600 |
| 13 | 550 |
| 5 | 425 |
| 4 | 400 |
| 3 | 375 |
| 2 | 350 |

17    (6)    *Environmental Law Foundation v. Laidlaw Transit, Inc.,* San

18 Francisco Superior Court No. CGC-06-451832, Order Granting Motion for Court

19 Approval of Parties Joint Stipulated Judgment, filed September 22, 2008, in which Judge

20 Ernest H. Goldsmith found the following hourly rates reasonable in a Proposition 65,

21 action, plus a 1.25 multiplier:

| Years of Experience | Rate |
|---|---|
| 29 | $750 |
| 26 | 700 |
| 24 | 700 |
| 23 | 650 |
| 18 | 650 |
| 16 | 625 |
| 14 | 600 |
| 10 | 560 |
| 9 | 495-575 |
| 8 | 475 |
| 7 | 450 |

| | |
|---|---|
| 6 | 395 |
| 4 | 325 |
| 2 | 300 |
| 1 | 250 |
| Paralegals | 145-175 |
| Interns | 125 |

(7)     *Valdivia v. Schwarzenegger,* U.S. District Court, Eastern District of California, Case No. Civ. S-94-0671 LKK (E.D.Cal. June 30, 2008) (rates set forth in stipulation, Docket No. 1456, June 30, 2008), in which the court awarded Plaintiffs' counsel the following 2008 hourly rates.

| Years of Experience | Rate |
|---|---|
| 28 | $640 |
| 11 | 450 |
| 7 | 370 |
| 4 | 295 |
| Paralegal, Summer Associates | 160-180 |

(8)     *Wilson v. Airborne, Inc.,* C.D.Cal. No. EDCV 07-770-VAP (Opx). Order (1) Granting Motion for Final Approval of Settlement, (2) Granting in Part Motion for Attorneys' Fees and Litigation Expenses, and (3) granting in Part Motion for Incentive Award to Plaintiff, filed August 13, 2008, in which Judge Virginia A. Phillips found the following hourly rates reasonable, plus a 2.0 multiplier, for a false advertising class action:

| Years of Experience | Rate |
|---|---|
| 33 | $700 |
| 19 | 575 |
| 16 | 500 |
| 12 | 475 |
| 1 | 270 |
| Law Clerk | 100 |

(9)     *Waters v. Tilton,* San Francisco Superior Court No. CGC-06-451449, Order Awarding Attorneys' Fee to Plaintiff filed September 9, 2008, in which Judge Patrick Mahoney found the following rates reasonable, plus a 1.7 multiplier:

| Years of Experience | Rate |
|---|---|
| Senior partners | $560 |

Associate                                      250-390

(10) *Kubbany v. Trans Union, LLC,* N.D.Cal. No. 08-00320 CW, Order Granting in Part Motion for Recovery of Fees, filed April 3, 2009, in which Judge Claudia Wilken found the following rates reasonable:

| Years of Experience | Rate |
|---|---|
| 36 | $600 |
| 11 | 400 |
| 4 | 250 |
| Paralegal | 100 |

2007 Rates:

(1)   *Craft  v. County of San Bernadino*, U.S. District Court, Central District of California, Order Awarding Attorney's Fees and Costs, filed April 1, 2008, in which Judge Stephen G. Larson found the following hourly rates reasonable in a case involving violation of constitutional rights:

| Years of Experience | Rate |
|---|---|
| 38 | $725 |
| 2 | 275 |
| Law Clerks | 200 |
| Paralegals | 110-225 |

(2)   *Naidu v. California Public Utilities Commission*, San Francisco Superior Court No. CGC-05-444782, Order Awarding Attorneys' Fees, filed September 27, 2007, in which Judge Ronald E. Quidachy found, in an individual FEHA case, that $535 per hour was reasonable for the plaintiff's merits and fees attorneys, each of whom had 37 years experience.  A 1.55 multiplier was applied to the merits lodestar.

(3)   *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff for Attorneys' Fees and Costs, filed April 17, 2007, reversed on other grounds, a wage and hour action under California Labor Code § 1194, in which Judge Bonnie Sabraw found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 38 | $535 |
| 15 | 525 |
| 14 | 450-455 |
| 11 | 450 |
| 10 | 350 |
| 5 | 350 |
| 3 | 295 |

2006 Rates:

(1)    *Petroleum Sales, Inc. v. Valero Refining Co.,* (N.D.Cal. 2007) 2007 U.S.Dist. LEXIS 70205, a commercial contract dispute, in which Judge Saundra Brown Armstrong awarded 2006 hourly rates as follows:

| Years of Experience | Rate |
|---|---|
| 32 | $616 |
| 25 | 560 |
| 2 | 289 |
| 1 | 256 |
| Paralegals | 120 |

(2)    *Marin v. Costco Wholesale Corp.,* Alameda County Superior Court No. RG 04-150447, *supra*, in which the court found the following 2006 rates reasonable, plus a 1.3 lodestar multiplier:

| Years of Experience | Rate |
|---|---|
| 14 | $455 |
| 13 | 425 |
| 10 | 425 |
| 9 | 350 |
| 4 | 350 |
| 2 | 235 |

(3)    *Coles, et al. v. City of Oakland et al.,* N.D. Cal. No. C-03-2961 TEH (Order Granting in Part and Denying in Part Plaintiffs' Motions for Attorneys' Fees and Costs, filed January 4, 2007), a police practices action, in which the court found the following 2006 rates reasonable, plus a 1.10 multiplier on the merits and 1.05 multiplier on the fee application:

| Years of Experience | Rate |
|---|---|
| 37 | $525 |
| 15 | 420 |
| 11 | 400 |

(4)     *Turner v. Association of American Medical Colleges*, Alameda County Superior Court No. RG04-166148 (Order Granting Motion for Attorneys' Fees and Costs, filed December 27, 2006), reversed on other grounds, a disability rights action, in which the court found the following 2006 rates reasonable, plus a 1.30 multiplier:

| Years of Experience | Rate |
|---|---|
| 45 | $645 |
| 21 | 525 |
| 20 | 495 |
| 15 | 455 |
| 11 | 425 |
| 7 | 325 |
| 5 | 325 |
| 4 | 275 |
| 3 | 255 |
| 2 | 235 |
| 1 | 235 |
| Law Clerks | 125-150 |
| Paralegals | 125 |

(5)     *Waul v. State Farm Ins. Co.*, San Francisco Superior Court No. CGC 02-412248, Award of Attorney's Fees Following Arbitration, filed June 20, 2006, a consumer protection action, in which Judge James J. McBride awarded plaintiff's counsel the following rates, plus a 1.5 multiplier:

| Years of Experience | Rate |
|---|---|
| 44 | $625 |
| 9 | 375 |
| Senior Paralegal | 185 |

(6)     *Hope v. State of California Dept. of Youth Authority*, Los Angeles Superior Court No. BC258985, Order re: Award of Appellate Attorney Fees Pursuant to Government Code §12965(b), filed April 21, 2006, an individual FEHA discrimination case,

in which Judge Judith Chirlin found the following rates reasonable for appellate work, plus a 2.0 lodestar enhancement:

| Years of Experience | Rate |
|---|---|
| 23 | $750 |
| 31 | 525 |
| 26 | 475 |
| 20 | 475 |
| 7 | 250 |

(7) *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach* (C.D. Cal. 2007) 2007 U.S.Dist.LEXIS 95610, a civil rights action challenging a local day-laborer ordinance, in which Judge Consuelo Marshall found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 27 | $625 |
| 14 | 600 |
| 14 | 495 |
| 9 | 400 |
| 5 | 315 |
| 4 | 300 |

(8) *Amaral v. Cintas Corp.,* Alameda County Sup. Ct. No.HG03 103046, Order Granting in Part Plaintiffs' Motion for Attorneys Fees and Expenses, filed July 7, 2006, affirmed on appeal in 2008 at 163 Cal.App.4th 1157, in which Judge Steven A. Brick Court found that a reasonable 2006 hourly rate for Plaintiffs' lead counsel, Michael Rubin, a 29-year attorney at the time, was $610 per hour. A 5th-year associate was awarded $310 per hour. A 1.65 multiplier also was applied and affirmed by the Court of Appeal.

b.     Rate Information from Surveys and Other Cases. I have reviewed numerous declarations and depositions filed in other cases, as well as various surveys of legal rates. These sources show the hourly rates for litigation undertaken on a non-contingent basis by the following California law firms, listed in alphabetical order:

## Altshuler Berzon LLP

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| 15 | $625 |
| 8 | 475 |
| Law Clerks | 200 |
| Paralegals | 195 |

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| 23 | $700 |
| 15 | 550 |
| 5 | 325 |
| Paralegals | 155-190 |

## Bingham McCutchen

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 11 | $585 |
| 19 | 580 |
| 42 | 640 |
| 7 | 485 |
| 3 | 420 |
| 3 | 380 |
| 2 | 345 |
| 3 | 345 |
| 2 | 325 |
| Paralegal | 230 |
| Litigation Specialist | 125-210 |
| Research Specialist | 140 |

## Chavez & Gertler

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 29 | $615 |
| 25 | 595 |
| 23 | 575 |
| 27 | 575 |
| Associates | |
| 16 | 495 |
| 37 | 465 |
| 6 | 385 |
| 3 | 325 |
| Paralegals | 185 |

| Legal Assistants | 125 |

**2006 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | |
| 25 | $535 |
| 27 | 515 |
| 16 | 495 |
| 14 | 425 |
| Associates | |
| 16 | 395 |
| 13 | 395 |
| Paralegals | 175 |
| Legal Assistants | 125 |

**Cohelan & Khoury**

**2008 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | |
| 34 | $700 |
| 34 | 650 |
| 24 | 600 |
| 21 | 500 |
| Associates | |
| 13 | 400 |
| 7 | 325 |
| 3 | 325 |
| 4 | 250 |
| Paralegals | 125 |

**Cooley Godward Kronish LLP**

**2008 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | $525-980 |
| Associates | 285-570 |

**2007 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | $470-875 (average $673) |
| Associates | 250-555 (average $403) |

**2006 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | $425-795 (average $539) |
| Associates | 240-585 (average $371) |

## Coughlin Stoia Geller Rudman & Robbins, LLP

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| 42 | $700 |
| 19 | 600 |
| 14 | 650 |
| 14 | 600 |
| 13 | 585 |
| 11 | 510 |
| 6 | 460 |
| 5 | 285 |

## Fazio & Michelleti

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 19 | $575 |
| 12 | 475 |

## Fenwick & West

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $500-775 (average $590) |
| Associates | 245-500 (average $370) |

### 2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $465-750 (average $575) |
| Associates | 245-475 (average $355) |
| 8 | 465 |
| 7 | 450 |
| 6 | 425 |
| 5 | 400 |
| 4 | 360 |
| 3 | 320 |
| 2 | 285 |
| 1 | 245 |

## Gibson, Dunn & Crutcher, LLP

### 2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 28-29 | $675 |
| 24 | 650 |
| 18 | 595 |

## Goldstein, Demchak, Baller, Borgen & Dardarian

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 39 | $675-700 |
| 33 | 700 |
| 27 | 650 |
| 22 | 600 |
| 16 | 550 |
| 14 | 500 |
| Associates | |
| 14 | 495 |
| 9 | 425 |
| 8 | 425 |
| 7 | 375 |
| 6 | 375 |
| 5 | 350 |
| 4 | 340 |
| 2 | 325 |
| Law Clerks | 195 |
| Paralegals | 150-225 |

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 38 | $650 |
| 32 | 650 |
| 27 | 625 |
| 21 | 575 |
| 15 | 500 |
| 14 | 500 |
| Associates | |
| 13 | 465 |
| 6 | 430 |
| 8 | 420 |
| 7 | 395 |
| 2 | 305 |
| Law Clerks | 195 |
| Paralegals | 135-195 |

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 37 | $600 |
| 31 | 600 |
| 26 | 575 |
| 20 | 535 |
| 14 | 460 |
| 13 | 460 |
| Associates | |

| | |
|---|---|
| 12 | 425 |
| 10 | 380 |
| 11 | 365 |
| 9 | 350 |
| 8 | 335 |
| 7 | 325 |
| 6 | 340 |
| Law Clerks | 285-300 |

### Knobbe, Martens, Olson & Bear

#### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $340-645 |
| Associates | 215-420 |

### Levy, Ram & Olson

#### 2006 Rates:

| Years Experience | Rate |
|---|---|
| 24 | $590 |

### Lewis Feinberg

#### 2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 32 | $700 |
| 19 | 575 |
| 11 | 525 |
| 9 | 500 |
| Associates | |
| 4 | 330 |
| 2 | 290 |
| Law Clerks | 200 |
| Paralegal | 150 |

### Lieff, Cabraser, Heimann & Bernstein

#### 2007 Rates:

| Years of Experience | Rate |
|---|---|
| (Partners) | |
| 33 | $675 |
| 23 | 700 |
| 15 | 550 |
| 14 | 575 |
| 10 | 450 |
| (Associates) | |

| | |
|---|---|
| 6 | 390 |
| 4 | 350 |
| 4 | 340 |
| 2 | 285 |
| Law Clerks | 165-295 |
| Paralegals | 115-250 |

### 2006 Rates:

| Years of Experience | Rate |
|---|---|
| (Partners) | |
| 19 | $625 |
| 17 | 625 |
| 10 | 450 |
| (Associates) | |
| 10 | 400 |
| 8 | 360 |
| 4 | 340 |
| 2 | 285 |

### Loeb & Loeb

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $475-875 (average $606) |
| Associates | 240-500 (average $384) |

### Manatt, Phelps & Philips

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $520-785 (average $600) |
| Associates | 265-480 (average $395) |

### Morgan, Lewis & Bockius, LLP

### 2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $375-800 |
| Associates | 200-550 |

### Morrison Foerster

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 45 | $675 |
| 36 | 725 |
| 33 | 785 |
| 14 | 650 |

| | |
|---|---|
| 12 | 600 |
| 9 | 560 |
| 7 | 535 |
| 5 | 485 |
| 1 | 520 |
| Paralegals | 185-230 |

2007 Rates:

| Years Experience | Rate |
|---|---|
| 44 | $675 |
| 11 | 550 |
| 8 | 520 |
| 6 | 475 |
| 3 | 250 |

O'Melveny & Myers

2006 Rates:

| Years Experience | Rate |
|---|---|
| 28-29 | $600 or more |
| 24 | 550 or more |
| 18 | 500 or more |

Pillsbury Winthrop Shaw Pittman LLP

2006 Rates:

| Years Experience | Rate |
|---|---|
| 32 | $740 |
| 24 | 575 |
| 2 | 365 |
| 1 | 265 |
| Paralegals | 125-200 |

Quinn Emanuel LLP

2008 Rates:

| Years Experience | Rate |
|---|---|
| 16 | $590 |
| 11 | 590 |

Reed Smith

2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $375-900 (average $626) |
| Associates | 235-580 (average $423) |

2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $350-825 (average $558) |
| Associates | 200-510 (average $374) |

### 2006 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $305-725 (average $492) |
| Associates | 170-630 (average $309) |

## Rosen, Bien & Galvan

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 46 | $740 |
| 28 | 640 |
| 24 | 475 |
| 10 | 450 |
| Of Counsel | |
| 25 | $460 |
| Associates | |
| 15 | $440 |
| 11 | 425 |
| 8 | 380 |
| 7 | 370 |
| 6 | 360 |
| 5 | 340 |
| 4 | 320 |
| 3 | 295 |
| Paralegals | 170-190 |
| Litigation support/Paralegal clerks | 110-160 |
| Law clerks/Students | 170 |
| Word Processing | 60 |

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 45 | $700 |
| 27 | 590 |
| 10 | 400 |
| Associates | |
| 24 | $435 |
| 23 | 400 |
| 14 | 400 |
| 10 | 390 |
| 7 | 350 |
| 6 | 340 |
| 5 | 325 |
| 4 | 295 |
| 3 | 280 |
| 2 | 260 |

| | |
|---|---|
| Paralegals | 160-190 |
| Litigation support/Paralegal clerks | 110-150 |
| Law clerks/Students | 160 |
| Word Processing | 60 |

<u>2006 Rates:</u>

| Years Experience | Rate |
|---|---|
| Partners | |
| 44 | $635 |
| 26 | 535 |
| 24 | 485 |
| 9 | 390 |
| Associates | |
| 23 | $425 |
| 16 | 395 |
| 22 | 390 |
| 13 | 385 |
| 9 | 375 |
| 6 | 330 |
| 5 | 315 |
| 4 | 285 |
| 3 | 270 |

<u>Rudy, Exelrod & Zieff</u>

<u>2009 Rates:</u>

| Years Experience | Rate |
|---|---|
| Partners | |
| 31 | $700 |
| Associates | |
| 3 | 305 |

<u>2007 Rates:</u>

| Years Experience | Rate |
|---|---|
| Partners | |
| 29 | $700 |
| 12 | 500 |
| Associates | |
| 10 | 400 |
| 8 | 330 |
| Law Clerk | 200 |
| Paralegal | 150 |

<u>Schneider Wallace Cottrell Konecky & Brayton</u>

<u>2008 Rates:</u>

| Years Experience | Rate |
|---|---|

DECLARATION OF RICHARD M. PEARL
ISO OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND EXPENSES
Case No. C-07-5483 SI

| | |
|---|---|
| 17 | $550 |
| 15 | 500-550 |
| 16 | 475 |
| 4 | 350 |
| Paralegals | 125 |

///

## 2007 Rates:

| Years Experience | Rate |
|---|---|
| 16 | $525 |
| 14 | 450 |
| 12 | 450 |
| 3 | 295 |
| Paralegals | 125 |

## Sheppard, Mullin, Richter & Hampton

## 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $425-795 |
| Associates | 260-550 |

## Sturdevant Law Firm

## 2008 Rates:

| Years Experience | Rate |
|---|---|
| 36 | $625 |

## 2007 Rates:

| Years Experience | Rate |
|---|---|
| 34 | $590 |
| 29 | 550 |
| 19 | 525 |
| 9 | 425 |
| 3 | 325 |
| 2 | 325 |

10.    My research regarding attorneys' fees in California has indicated a consistent increase in fees over the last several years. Virtually every firm whose rates I am aware of  increased their rates over these periods. Consistent with this market, I raised my rate in 2009 to reflect both the demand for my services and inflation in costs and legal rates; my rate is still significantly less than many attorneys with comparable experience, expertise, and skills at other firms.

11.     The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates.  If any substantial part of the payment were to be deferred for any substantial period of time, for example, or if payment were to be contingent upon outcome or any other factor, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

12.     In my experience, fee awards are almost always determined based on current rates, *i.e.,* the attorney's rate at the time a motion for fees is made, rather than the historical rate at the time the work was performed.  This is a common and accepted practice to compensate attorneys for the delay in being paid.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed at Berkeley, California on August 19, 2009.


  /s/ Richard M. Pearl
RICHARD M. PEARL