1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar. No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone:  (510) 597-1775
   Facsimile:   (510) 597-0957
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiffs

7  John Houston Scott (State Bar No. 72578)
   Lizabeth N. de Vries (State Bar No. 227215)
8  Scott Law Firm
   1375 Sutter Street, Suite 222
9  San Francisco, CA 94109
   Telephone: (415) 561-9600
10 Facsimile: (415) 561-9609
   john@scottlawfirm.net
11 liza@scottlawfirm.net

12 Attorneys for Plaintiff, J.E., a minor

13 Thomas P. Greerty (State Bar No. 85616)
   917 La Juntas Street
14 Martinez, CA 94102
   Telephone:(925) 370-8400
15 Facsimile: (925) 228-6825
   tgreerty@tgreerty.com
16
   Attorneys for Plaintiff, A.D., a minor
17

18

19                    UNITED STATES DISTRICT COURT
20                    NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22  A.D., a minor, et al., | Case No. C-07-5483 SI |
| 23           Plaintiffs, | |
| 24      v. | DECLARATION OF MOIRA DUVERNAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES |
| 25  STATE OF CALIFORNIA HIGHWAY PATROL, et al., | |
| 26           Defendants. | |
| 27  _____ | Date:  November 13, 2009<br>Time:  9:00 a.m.<br>Hon. Susan Illston |
| 28 | |

Declaration of Moira Duvernay in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483  SI

I, Moira Duvernay, declare as follows:

1. I am an attorney at law and a member of the State Bar of California. I am a member of the bar of the United States District Courts for the Northern and Eastern Districts of California, and the United States Court of Appeals for the Ninth Circuit. I make this declaration in support of the accompanying motion for attorneys' fees and expenses in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the docket sheet in <u>A.D. v. State of California Highway Patrol</u>, Case No. CGC-07-463527, the state action originally filed in the Superior Court of California, County of San Francisco, on November 28, 2007. I retrieved this document from the court's website, available at http://www.sfgov.org/site/courts_index.asp?id=77500. Plaintiff A.D.'s full name has been redacted.

3. The documents attached as Exhibits 1-2 and 4-7 to the Request for Judicial Notice filed in support of the motion for fees and expenses are true and correct copies of documents I retrieved from the publicly available electronic records of the United States Bankruptcy Court for the Northern District of California through the PACER system.

4. The documents attached as Exhibit 3 to the Request for Judicial Notice filed in support of the motion for fees and expenses are true and correct copies of attorney profiles from the website of Pachulski Stang Ziehl & Jones LLP, available at http://www.pszjlaw.com/attorneys.html.

//
//
//
//
//
//
//

Declaration of Moira Duvernay in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483 SI

2

1    5.   The documents attached as Exhibit 8 to the Request for
2  Judicial Notice filed in support of the motion for fees and expenses are true and
3  correct copies of attorney profiles from the website of Greenberg Traurig, LLP,
4  available at http://www.gtlaw.com/People.
5    I declare under penalty of perjury that the foregoing is true and correct.
6  Executed at Emeryville, California this 2nd day of September, 2009.

8            /s/ Moira Duvernay
                Moira Duvernay

Declaration of Moira Duvernay in Support of
Plaintiffs' Motion for Attorneys' Fees and Expenses
Case No. C-07-5483 SI                    3